1  Mike Rodenbaugh
   California Bar No. 179059
2  Erin Dennis Vivion
   California Bar No. 262599
3  RODENBAUGH LAW
   548 Market Street
4  San Francisco, CA 94104
5  (415) 738-8087

## JS-6

6

7  Attorneys for Plaintiff Buy.com Inc.

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**

9

10 BUY.COM INC., a Delaware          : Case No. SACV12 –003-AG
   corporation,                      : (RNBx)
                                     :
11            Plaintiff,             : **JUDGMENT**
                                     :
12            vs.                    : **Hon. Andrew J. Guilford**
                                     :
13 THINK TANK GROUP LLC, an Arizona  : F.R.C.P. 55(a)
   LLC, and RYAN DOUGLAS             :
14 SIRBAUGH, an Arizona individual,  :
                                     :
15            Defendants.            :
                                     :
16                                   :
                                     :
17                                   :
                                     :
18 _____ :
19
20
21      Default by Clerk was entered on May 3, 2012 pursuant to Rule 55(a) of
22 the Federal Rules of Civil Procedure.  This Court has considered Plaintiff's
23 application for a default judgment, including the declaration of counsel for
24 Plaintiff and the memorandum of points and authorities and the pleadings,
25 files and other matters contained therein.  The Court has issued its Order on
26 today's date, granting judgment to Plaintiff, and affording the following

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
(415) 738-8087

relief:

IT IS ORDERED AND ADJUDGED:

1. The Court hereby enters judgment in the amount of $200,000 statutory damages as to each of the Defendants, jointly and severally, for violations of both the Lanham Act and the Anti-Cybersquatting Consumer Protection Act.

2. The Court hereby enters a permanent injunction against Defendants, to enjoin them jointly and severally from using the Plaintiff's registered BUY.COM trademark or any mark confusingly similar thereto, including in relation to Internet domain names or keywords

3. The Court hereby finds Defendants' conduct was willful and this case constitutes an "exceptional" case under the Lanham Act, entitling Plaintiff to recover its attorneys' fees.  Pursuant to L.R. 55-3, because the amount of judgment exceeds $100,000.00, Plaintiff is entitled to an attorneys' fee awards of $5600, plus 2% of the amount granted over $100,000.  Therefore the total amount of the attorneys' fee award to Plaintiff is $7,600.

4. The Court hereby finds that Defendants' are jointly and severally liable for Plaintiff's costs of suit.  Plaintiff should submit its Bill of Costs within 15 days of entry of judgment.

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
(415) 738-8087

5. The Court further orders that, to the extent any of the counterfeit Domain Names still remain in the possession, custody or control of Defendants, that Defendants duly cause them to be "unlocked" and transferred to Plaintiff pursuant to 15 U.S.C. § 1125(d)(1)(c), and/or that the registrar of such Domain Names cooperate in transferring them to Plaintiff.

DATED: August 29, 2012

BY: _____

HON. ANDREW J. GUILFORD

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
(415) 738-8087